# Order

Michigan Supreme Court
Lansing, Michigan

April 24, 2007

Clifford W. Taylor,
Chief Justice

131582
(16)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN MATTHEW MARIOTTI,
and MARY ANN MARTIN,
      Plaintiffs-Appellants,

v

                                              SC: 131582
                                              COA: 269634
                                              Wayne CC: 03-316739-CZ

DEPUTY RAYMOND JOHNSON,
OFFICER DUSTIN DeNIO, INVESTIGATOR
MICHAEL T. HAWES, SERGEANT BURKE,
LT. REMSEY, SERGEANT GORDISH,
DEPUTY MICHAEL SCHWARTZ, and
DEPUTY DENIE MARKS,
      Defendants-Appellees.

_____/

     On order of the Court, the motion for reconsideration of this Court's October 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

                                      Clerk

l0416